

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-51,628-06

### IN RE WILBERT ALFONSO SMILEY, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 683509 IN THE 182ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he has filed a pro se motion for Chapter 64 Forensic DNA Testing and the trial court has not ruled on the motion.

Respondent, the Judge of the 182nd District Court, shall respond addressing whether Relator has filed this motion, and if so, whether the trial court has ruled on it. If the court has not yet responded to Relator's motion, it shall state its reason for the failure to rule. Respondent shall comply with this order within 30 days. This motion for leave to file will be held until Respondent has complied with this order.

Filed: December 9, 2020

Do not publish